# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2007

Clifford W. Taylor,
Chief Justice

133088

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF CHARLEVOIX,
            Plaintiff-Appellant,

v

SC: 133088
COA: 271405
Charlevoix CC: 05-094120-CK

MICHIGAN MUNICIPAL LEAGUE
LIABILITY & PROPERTY POOL,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2007

_____
Clerk

p0711